COURT OF APPEALS OF VIRGINIA

Present: Judges Elder, Felton and Senior Judge Willis

TIDEWATER STAFFING, INC. AND
FEDERAL INSURANCE COMPANY

MEMORANDUM OPINION[*]
PER CURIAM
MAY 24, 2005

v. Record No. 0281-05-1

VICTORIA COOK

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Robert A. Rapaport; Jennifer Tatum Atkinson; Clarke, Dolph, Rapaport, Hardy & Hull, P.L.C., on brief), for appellants.

(Ralph Rabinowitz; Rabinowitz, Swartz, Taliaferro, Swartz & Goodove, P.C., on brief), for appellee.

Tidewater Staffing, Inc. and its insurer appeal a decision of the Workers' Compensation Commission calculating Victoria Cook's pre-injury average weekly wage as $750. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the commission in its final opinion. See Cook v. Tidewater Staffing, Inc., VWC File No. 216-72-03 (Jan. 24, 2005). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.